```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

V.                      NO. 10CR60010-002

IVAN BARKER, JR.                                        DEFENDANT

O R D E R

On this 25th day of October 2010, there comes on for consideration the report and recommendation filed in this case on October 14, 2010, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 55). No objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Suppress (Doc. 38) is DENIED.

IT IS SO ORDERED.

```
                         /s/ Robert T. Dawson
                         Honorable Robert T. Dawson
                         United States District Judge
```

**AO72A**
**(Rev. 8/82)**