```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                HOT SPRINGS DIVISION
```

UNITED STATES OF AMERICA                          PLAINTIFF/RESPONDENT

    v.                      Civil No. 12-6015
                          Crim. No. 10-60010-2

IVAN BARKER, JR.                                  DEFENDANT/PETITIONER

## **ORDER**

Now on this 28th day of July 2015, there comes on for consideration the report and recommendation filed herein on July 6, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 134). The parties did not file written objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (Doc. 109) is DENIED and DISMISSED WITH PREJUDICE. Pursuant to 28 U.S.C. § 1915(a), an appeal from this denial would not be taken in good faith, and a certificate of appealability is DENIED.

IT IS SO ORDERED.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge